**DICKINSON WRIGHT PLLC**
STEVEN A. CALOIARO
Nevada Bar No. 12344
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
Tel.: (775) 343-7500
Fax: (844) 670-6009
scaloiaro@dickinsonwright.com

JORDAN M. MARCHELLO
Nevada Bar No. 16926
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel.: (702) 550-4400
Fax: (884)-670-6009
jmarchello@dickinsonwright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SATA GmbH & Co KG,<br><br>    *Plaintiff*,<br><br><br>    v.<br><br>GREEN AIR LINK CORP. d/b/a DYNAMIC POWER TOOLS,<br><br>    *Defendant*. | Civil Case No. 2:26-cv-01775-CDS-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SATA GmbH & Co. KG ("Plaintiff") and Defendant Green Air Link Corp. d/b/a Dynamic Power Tools ("Defendant"), that the Defendant's time to answer, move, or otherwise respond to Plaintiff's Complaint filed on June 10, 2026 (ECF No. 1, the "Complaint") is extended to and including August 10, 2026. Defendant's current deadline to respond to the Complaint is July 10, 2026. This is the first request made by the Parties to extend this deadline.

1

IT IS FURTHER STIPULATED AND AGREED that the parties to this Stipulation reserve all rights and defenses, including jurisdictional defenses, that they may have, and entry into this Stipulation shall not impair or otherwise affect any such rights and/or defenses.

Dated: July 6, 2026

DICKINSON WRIGHT PLLC                    PRYOR CASHMAN LLP

By: /s/ *Steven A. Caloiaro*             By: /s/ *Dyan Finguerra-DuCharme*
    Steven A. Caloiaro, Esq.                 Dyan Finguerra-DuCharme, Esq.
    Nevada Bar No. 12344                     Pro Hac Vice Application Forthcoming
    100 West Liberty Street, Ste 940         7 Times Square
    Reno, Nevada 89501                       New York, New York 10036
    Tel: (775) 343-7500                      Tel: (212) 421-4100
    Email: scaloiaro@dickinson-wright.com    Email: DFD@pryorcashman.com

    Jordan M. Marchello, Esq.                *Attorneys for Defendant*
    Nevada Bar No. 16926                     *Green Air Link Corp. d/b/a Dynamic*
    3883 Howard Hughes Parkway               *Power Tools*
    Suite 800
    Las Vegas, Nevada 89169
    Tel: (702) 550-4499
    Email: jmarchello@dickinson-wright.com

*Attorneys for Plaintiff*
*SATA GmbH & Co. KG*


## ORDER


IT IS SO ORDERED:

_____
Honorable Brenda Weksler
United States Magistrate Judge

DATED:   July 7, 2026

2